for petitioner.  *Mr. Morris Karon* for respondent.

No. 657.  WESTERN CARTRIDGE CO. *v.* NATIONAL LABOR RELATIONS BOARD.  March 13, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Allan Seserman* for petitioner.  *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 660.  VANCOUVER BOOK & STATIONERY CO., INC. *v.* L. C. SMITH & CORONA TYPEWRITERS, INC. ET AL.  March 13, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Frank C. Hanley* for petitioner.

No. 683.  CHARLES HUGHES & CO., INC. *v.* SECURITIES & EXCHANGE COMMISSION.  March 13, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Mr. David V. Cahill* for petitioner.  *Solicitor General Fahy* and *Messrs. Chester T. Lane* and *Milton V. Freeman* for respondent.

No. 588.  SPALEK ET AL. *v.* UNITED STATES.  March 13, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  MR. JUSTICE MURPHY took no part in the consideration or decision of this application.  *Mr. John J. Sloan* for petitioners.  *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.